

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

The Honorable Sarah Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

Re:   United States v. Hamid Akhavan, No. S1 20 Cr. 188 (JSR)

Dear Judge Cave:

The Government writes respectfully to request that the Court unseal the above-referenced indictment, S1 20 Cr. 188, be unsealed. I have been advised that Hamid Akhavan has now been arrested and is currently in custody in the Central District of California.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Christopher Dimase/Nicholas Folly/
Tara M. La Morte
Assistant United States Attorneys
(212) 637-1041

SO ORDERED:

_____  3|27|2020
HONORABLE SARAH CAVE
UNITED STATES MAGISTRATE JUDGE