

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2020

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

    Re:   <u>United States v. Hamid Akhavan *et al.*</u>, No. S3 20 Cr. 188 (JSR)

Dear Judge Wang:

    The Government writes respectfully to request that the Court unseal the above-referenced indictment, S3 20 Cr. 188, be unsealed. I have been advised that Hamid Akhavan and Ruben Weigand have both been arrested and presented in the Central District of California.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

          by:                      
                      Christopher Dimase/Nicholas Folly/
                      Tara M. La Morte
                      Assistant United States Attorneys
                      (212) 637-1041

SO ORDERED:

                31 Mar 20
_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED MAR 3 1 2020