**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,) )| |
| Plaintiff, ) ) | Case No. 1:20-CR-188 |
| vs. ) ) ) | |
| HAMID AKHAVAN, ) ) ) | MOTION FOR ADMISSION PRO HAC VICE |
| Defendants. ) ) | |

Pursuant to rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I David Z. Chesnoff, Esq., hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Hamid Akhavan in the above-captioned action.

I am in good standing of the bar of the state of Nevada and there are no pending disciplinary proceedings against me in any state or federal court.

**DATED** this 9th day of April, 2020.

Respectfully Submitted,

/s/ David Z. Chesnoff, Esq.
David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
702-598-1425-fax
Dzchesnoff@cslawoffice.net

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - -

**UNITED STATES OF AMERICA,)**
)
      **Plaintiff,**      )    Case No. 1:20-CR-188
  **vs.**                        )
**HAMID AKHAVAN,**       )
)    **ORDER FOR ADMISSION**
)    **PRO HAC VICE**
      **Defendants.**   )
)

The motion of David Z. Chesnoff, Esq, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Nevada; and that his contact information is as follows:

    David Z. Chesnoff, Esq.
    Chesnoff & Schonfeld
    520 South Fourth St
    Las Vegas, Nevada 89101
    Telephone: 702-384-5563
    Facsimile:702-598-1425

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Hamid Akhavan in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, Including the Rules governing discipline of attorneys.

**DATED** this___day of April, 2020.

_____
**THE HONRABLE**
**UNITED STATES DISTRICT COURT JUDGE**

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **David Chesnoff**, **Bar Number 2292** was admitted by the Supreme Court of the State of Nevada on **09/29/1981** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **David Chesnoff** is now an **Active** member of the State Bar of Nevada in good standing.

DATED Tuesday, March 31, 2020.

*Vanessa Dalton*
Vanessa Dalton
Member Services Administrator
State Bar of Nevada