DAVID Z. CHESNOFF, ESQ.
Chesnoff & Schonfeld
520 S. 4th St.
Las Vegas, NV 89101
702-384-5563
dzchesnoff@cslawoffice.net
Attorney for Defendant, HAMID AKHAVAN

UNITED STATES DISTRICT COURT

FOR THE SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAMID AKHAVAN<br><br>Defendant. | Case No.: 20-CR-188<br><br>**ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

Based upon the mutual agreement of Defendant Hamid Akhavan, the United States Attorney and no objection by Pre-trial Services:

IT IS HEREBY ORDERED that the conditions of pre-trial release shall be modified to postpone the commencement of the Location Monitoring condition until after Defendant has been discharged from his residential drug treatment program.

All other conditions previously ordered shall remain in effect.

DATED: April 15, 2020.

_____
United States District Judge