UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>**RUBEN WEIGAND, and**<br>**HAMID AKHAVAN, a/k/a "Ray Akhavan",**<br><br>**Defendants.** | No. 20-CR-188 (JSR)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of **Jared R. Smith**, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of California and the State Bar of New Hampshire; and that his contact information is as follows:

> Applicant's Name: Jared R. Smith
> Firm Name: Rothken Law Firm
> Address: 3 Hamilton Landing, Ste 280, Novato, CA 94949
> Telephone: (415) 924-4250 x 802
> Email: jared@techfirm.net

Applicant having requested permission Pro Hac Vice to appear for all purposes as counsel to Hamid Akhavan in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: 6/12/20

United States District / ~~Magistrate~~ Judge