UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

HAMID AKHAVAN,

        a/k/a "Ray Akhavan",

              Defendant.
-----------------------------------------------------------------X

CASE NO. 20 -CR-188

**<u>NOTICE OF MOTION</u>**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant, Hamid Akhavan, will move this Honorable Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(iii) and (v), for an Order dismissing the Superseding Indictment (ECF 16) against the Defendants in this matter.[1]

      DATED this 26th day of June, 2020.

                                  Respectfully submitted,

| ROTHKEN LAW FIRM | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| <u>/s/ Ira Rothken</u> | <u>/s/ William A. Burck</u> |
| Ira Rothken | William A. Burck |
| Jared Smith | Derek L. Shaffer |
| 3 Hamilton Landing | 777 6th Street NW 11th floor |
| Suite 280 | Washington, DC 20005 |
| Novato, CA 94949 | Telephone: (202) 538-8000 |
| Telephone: (415) 92404250 | Fax: (202) 538-8100 |
| Email: ira@techfirm.net | Email: williamburck@quinnemanuel.com |
| Email: jared@techfirm.net | Email: derekshaffer@quinnemauel.com |

---

[1] Defendant Akhavan joins in full the motion and arguments presented by co-Defendant Ruben Weigand in his Motion to Dismiss the Indictment and accompanying Memorandum of Law, filed June 26, 2020.

Christopher Tayback
Paul J. Slattery
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: christayback@quinnemanuel.com
Email: paulslattery@quinnemanuel.com

Sara C. Clark
711 Louisiana St., Ste. 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: saraclark@quinnemanuel.com