UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>RUBEN WEIGAND, and<br>HAMID AKHAVAN, a/k/a "Ray Akhavan",<br><br>           Defendants. | No. 20-CR-188 (JSR)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant **HAMID AKHAVAN, a/k/a "Ray Akhavan."**

I certify that I have been admitted to practice before this Court Pro Hac Vice (Dkt No 56.)

Dated: July 6, 2020

 Respectfully Submitted,

 */s/ Jared R. Smith*

 Jared R. Smith
 Rothken Law Firm
 3 Hamilton Landing, Ste 280
 Novato, CA 94949
 Telephone: (415) 924-4250 x 802
 Facsimile: (415) 924-2905
 Email: jared@techfirm.net