UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    -against-<br><br>HAMID AKHAVAN,<br><br>               Defendant. | 20-CR-00188 (JSR) |

## NOTICE OF FILING OF LETTER IN OPPOSITION TO REMAND RECOMMENDATION

PLEASE TAKE NOTICE that the attached is a letter to Hon. Jed R. Rakoff from Christopher Tayback dated September 2, 2020 in Opposition to Violation Memorandum and Remand Recommendation re: Defendant Akhavan.

DATED:     September 2, 2020

                                                  QUINN EMANUEL URQUHART &
                                                      SULLIVAN, LLP

                                                      By: _/s/ Christopher Tayback_

                                                      865 South Figueroa Street, 10th Floor
                                                      Los Angeles, California 90017-2543
                                                      (213) 443-3000

                                                        Attorneys for Defendant,
                                                        Hamid Akhavan