```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    20-cr-188 (JSR)
        -v-                         :
                                    :    ERRATA
RUBEN WEIGAND and HAMID AKHAVAN,    :
                                    :
        Defendants.                 :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Two minor errors in the Opinion and Order dated August 31, 2020, ECF No. 91, are hereby corrected as follows:

On page 2, lines 13-16, the parenthetical beginning with the word "here" and ending with the word "Company" is deleted.

On page 3, lines 14-15, the phrase "Weigand and Akhavan were principals of" is replaced with the phrase "Weigand and Akhavan and their co-conspirators made use of an entity called."

SO ORDERED.

Dated:   New York, NY
         September 2, 2020

                                         _____
                                         JED S. RAKOFF, U.S.D.J.

1