UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      -against-<br><br>HAMID AKHAVAN,<br><br>                  Defendant. | 20-CR-00188 (JSR) |

## NOTICE OF FILING OF SUPPLEMENTAL LETTER RE: BOND REVOCATION HEARING

PLEASE TAKE NOTICE that the attached is a supplemental letter to Hon. Jed R. Rakoff from Christopher Tayback dated September 2, 2020 re: Bond Revocation Hearing.

DATED:    September 2, 2020

                                        QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

                                      By: /s/ Christopher Tayback

                                        865 South Figueroa Street, 10th Floor
                                        Los Angeles, California 90017-2543
                                        (213) 443-3000

                                        Attorneys for Defendant,
                                        Hamid Akhavan