**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 | FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3170

WRITER'S INTERNET ADDRESS
christayback@quinnemanuel.com

September 2, 2020

The Honorable Jed R. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Weigand, et al.*, 20 cr. 188 (Supplemental Letter Re: Bond Revocation Hearing)

Dear Judge Rakoff:

Subsequent to submission of our letter, we received additional current drug tests and information related to Mr. Akhavan's treatment, which is submitted for the Court's consideration. *See* Exhibit A (Supplemental Declaration of Okorie Okorocha, M.S.); Exhibit B (Letter from Bernadine Fried, LMFT.).

Respectfully Submitted,

Christopher Tayback

CC:
John Moscato, Intensive Supervision Specialist U.S. Pretrial Services Officer
Gianfranco Furelli, U.S. Pretrial Services Officer
AUSA Christopher J. DiMase
AUSA Nicholas S. Folly
AUSA Tara LaMorte

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS