# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>against<br><br>RUBEN WEIGAND, and<br>HAMID AKHAVAN a/k/a "Ray Akahavan",<br><br>Defendants. | No. 20-CR-188 (JSR)<br><br>**SUPPLEMENTAL DECLARATION OF OKORIE OKOROCHA IN SUPPORT OF DEFENDANT AKHAVAN'S OPPOSITION TO REMAND** |

<u>**SUPPLEMENTAL DECLARATION OF OKORIE OKOROCHA**</u>

I, Okorie Okorocha, declare as follows:

1.      I make this supplemental declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I have reviewed lab results for Hamid Akhavan for supervised urine tests collected daily from August 22 through August 29, 2020, a true and correct copy of which is attached as Exhibit A ("Test Results History").

3.      Mr. Akhavan tested negative for all drugs screened, including cocaine metabolite and buprenorphine, the active ingredient of Suboxone.

4.      The only positive detections in the test results were for Ethyl Glucoronide and Ethyl Sulfate on August 27 and August 29, 2020, which are associated with drinking alcohol. Under the terms of Mr. Akhavan's conditions of release, a true and correct copy of which is attached as Exhibit B ("Conditions of Release"), Mr. Akhavan is allowed to consume alcohol.

5.      The Test Results History show that Mr. Akhavan tested negative for the active ingredient of Suboxone each day for a week after his alleged Suboxone positive screening "Handheld Test" at Inland Valley Recovery System ("IVRS") on August 21, 2020.  It is extremely unlikely to be positive for Suboxone one day (August 21, 2020) and be negative the

very next day (August 22, 2020), since Suboxone typically lasts in a user's system between two weeks and one month.  Accordingly, the Test Results History further bolsters my opinion that the Handheld Test showing allegedly positive results for Suboxone is entirely unreliable and flat-out inaccurate.

6.      Moreover, it appears the confirmatory testing instruments used to test Mr. Akhavan's daily urine samples between August 22 and August 29, 2020 are sophisticated and detailed because of the high specificity for a wide-range of drugs.  When compared to the Handheld Test, which is an unsophisticated, rudimentary, preliminary screening test, it is clear the test results for Mr. Akhavan after his discharge from IVRS are much more accurate and reliable.

7.      In summary, it is my opinion that the Test Results History, attached hereto, are the only results the court should consider when determining whether to violate Mr. Akhavan. These results show Mr. Akhavan did not have any drugs in his system, and thus, he should not be found in violation of his Conditions of Release.


I declare that the foregoing is true and correct.

Executed on this 2nd day of September, 2020, at Pasadena, California.


_____

Okorie Okorocha

SUPPLEMENTAL DECLARATION OF OKORIE OKOROCHA

# Supplemental Okorocha Declaration Exhibit A

# Hamid Reza Seyed Akhawan ♂ 2020-391329

Birthdate: 03/02/1978

Allergies: No Known Allergies/NKA

Admission: 08/22/2020  Care Team

## Test Results History

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **4-ANPP Quantification** [4ANPP_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **4-FiBF Quantification** [4FIBF_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **5F-ADB-M7** [SCAN18_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **6-MAM (Heroin metabolite) Quantification** [19322-7] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **7-Amino-Clonazepam Quantification** [58365-8] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **7-OH-Mitragynine (Kratom alkaloid) Quantification** [KRA2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **AB-FUBINACA-M3** [SCAN19_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Acetyl fentanyl Quantification** [ACETYLFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Acetyl norfentanyl Quantification** [ACETYLNORFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Acryl fentanyl Quantification** [ACRYLFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Alpha-Hydroxyalprazolam Quantification** [19326-8] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **Amitriptyline Quantification** [16225-5] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Amphetamine Quantification** [19344-1] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Aripipazole Quantification** [ARI_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Buprenorphine Quantification** [16208-1] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Butalbital Quantification** [18385-5] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Butyryl fentanyl Quantification** [BUTYRYLFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Carfentanil Quantification** [CARFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Carisoprodol Quantification** [58426-8] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **cis-3-methylfentanyl Quantification** [3METHYLFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Citalopram/Escitalopram Quantification** [CIT_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Clozapine Quantification** [CLOZ_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Cocaine metabolite Quantification** [14315-6] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Codeine Quantification** [16197-6] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **CREATININE (CHEMICAL)** [19150-2] Millennium Health | normal-39.1 Normal | normal-42.8 Normal | normal-178.1 Normal | normal-44.6 Normal | normal-169.6 Normal | normal-220.0 Normal | normal-116.1 Normal | normal-146.3 Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **cTHC (Marijuana metabolite) Quantification** [THC2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Cyclobenzaprine Quantification** [61409-9] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Cyclopropyl fentanyl Quantification** [CYCLOPROPFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **cZolpidem Quantification** [ZOLP2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Desipramine Quantification** [61412-3] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Desmethylvenlafaxine Quantification** [VENLAF2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Dextromethorphan** [DEX1_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Duloxetine Quantification** [DULOX1_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **EDDP (Methadone metabolite) Quantification** [58428-4] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **ETHANOL** [42242-8] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Ethyl Glucuronide Quantification** [58377-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Positive-36005.208 Abnormal | Negative Normal | Positive-4366.695 Abnormal |
| **Ethyl Sulfate Quantification** [58424-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Positive-9833.571 Abnormal | Negative Normal | Positive-1264.587 Abnormal |
| **Fentanyl Quantification** [40839-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **Fluoxetine Quantification** [19471-2] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Furanyl fentanyl Quantification** [FURANYLFEN_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Gabapentin Quantification** [GPEN2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Haloperidol Quantification** [HALO_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Hydrocodone Quantification** [19483-7] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Hydromorphone Quantification** [18473-9] Millennium Health | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal | Negative Normal Negative Normal Negative Normal Negative Normal |
| **Hydroxybupropion Quantification** [HBUP_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Hydroxyrisperidone Quantification** [HRISP_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Imipramine Quantification** [61418-0] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **JWH018 metabolite Quantification** [SCAN7_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **JWH073 metabolite Quantification** [SCAN8_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Ketamine Quantification** [17033-2] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **Levorphanol / Dextrorphan Quantification** [DEX2_QUAL] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Lorazepam Quantification** [16205-7] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **MDMA Quantification** [19569-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **MDMB-FUBINACA-M1** [SCAN20_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **MDPV Quantification** [MDPV1_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Meperidine Quantification** [16207-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Mephedrone Quantification** [67838-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Meprobamate Quantification** [58373-2] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Methadone Quantification** [16199-2] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Methamphetamine D/L-isomer resolution Quantification** [MTMDL_QUAL] Millennium Health | cancelled N/A | cancelled N/A | cancelled N/A | cancelled N/A | cancelled N/A | cancelled N/A | cancelled N/A | cancelled N/A |
| **Methamphetamine Quantification** [19555-2] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Methoxyacetyl fentanyl Quantification** [METHOXYACET_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Methylone Quantification** [MDPV3_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **Methylphenidate Quantification** [19578-4] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Mitragynine (Kratom alkaloid) Quantification** [KRA1_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Morphine Quantification** [16196-8] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Naloxone Quantification** [NLX_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Naltrexol Quantification** [NALTEX2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Naltrexone Quantification** [18334-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **N-Desmethylcitalopram Quantification** [NDCIT_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **N-Desmethylclozapine Quantification** [NDCLOZ_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **N-Desmethyl-Tramadol Quantification** [TRA3_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **N-desmethyl U-47700 Quantification** [NDMU47700_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Norbuprenorphine Quantification** [58362-5] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Nordiazepam Quantification** [16202-4] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Norfentanyl Quantification** [43200-5] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **NorFluoxetine Quantification** [19629-5]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Norhydrocodone Quantification** [61421-4]<br>Millennium Health | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal |
| **Norketamine Quantification**<br>[KETA2_QUAL]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Normeperidine Quantification** [58388-0]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Noroxycodone Quantification** [61424-8]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Norquetiapine Quantification**<br>[NQP_QUAL]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Nortriptyline Quantification** [61427-1]<br>Millennium Health | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal |
| **O-desmethyl-tramadol Quantification**<br>[TRA2_QUAL]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Olanzapine Quantification**<br>[OLAN_QUAL]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **OPC-3373 Quantification**<br>[ARI2_QUAL]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |
| **Oxazepam Quantification** [19639-4]<br>Millennium Health | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal | Negative<br>Normal<br>Negative<br>Normal<br>Negative<br>Normal |
| **OXIDANT** [32710-6]<br>Millennium Health | normal-0<br>Normal | normal-0<br>Normal | normal-0<br>Normal | normal-0<br>Normal | normal-0<br>Normal | normal-0<br>Normal | normal-0<br>Normal | normal-0<br>Normal |
| **Oxycodone Quantification** [19643-6]<br>Millennium Health | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal | Negative<br>Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **Oxymorphone Quantification** [18325-1] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Paroxetine Quantification** [PAROX1_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **PH** [58400-3] Millennium Health | normal-6.4 Normal | normal-6.4 Normal | normal-7.0 Normal | normal-7.3 Normal | normal-7.1 Normal | normal-6.6 Normal | normal-6.5 Normal | normal-6.6 Normal |
| **Phencyclidine Quantification** [18392-1] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Phenobarbital Quantification** [16192-7] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Phentermine Quantification** [PHEN_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Pregabalin Quantification** [PGAB2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Quetiapine Quantification** [QP_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **RCS4 metabolite Quantification** [SCAN13_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Reduced Haloperidol Quantification** [HALOM_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Risperidone Quantification** [RISP_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Ritalinic Acid Quantification** [MPH2_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Secobarbital Quantification** [16194-3] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

| Result Description ▲ | 08/22/2020 12:16 PM | 08/23/2020 12:20 PM | 08/24/2020 10:11 AM | 08/25/2020 10:21 AM | 08/26/2020 01:24 PM | 08/27/2020 01:55 PM | 08/28/2020 07:24 PM | 08/29/2020 03:28 PM |
|---|---|---|---|---|---|---|---|---|
| **SPECIFIC GRAVITY** [19152-8] Millennium Health | normal-1.033 Normal | normal-1.035 Normal | normal-1.016 Normal | normal-1.004 Normal | normal-1.015 Normal | normal-1.016 Normal | abnormal-> 1.045 Abnormal | normal-1.021 Normal |
| **Tapentadol Quantification** [58401-1] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Temazepam Quantification** [16206-5] Millennium Health | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal | Negative Normal Negative Normal |
| **Tramadol Quantification** [17718-8] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **U-47700 Quantification** [U47700_QUAL] Millennium Health | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal | Fen Neg Normal |
| **Venlafaxine Quantification** [VENLAF1_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **XLR11/UR144 metabolite** [SCAN17_QUAL] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |
| **Zolpidem Quantification** [53787-8] Millennium Health | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal | Negative Normal |

# Supplemental Okorocha Declaration Exhibit B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | Plaintiff, | Western Division |
| vs. | | Case Number: 2:20-MJ-01383-1 |
| | | Initial App. Date: 03/27/2020 |
| Hamid Akhavan | | Initial App. Time: 2:00 PM |
| | Defendant. | Date Filed: 03/27/2020 |
| | | Violation: 18USC1349 |
| | | CourtSmart/ Reporter: CS03/27/2020 |

UNDER SEAL

Out of District Affidavit
Custody

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **John E. McDermott** | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**

| Lorenzo, ShaRon | *M. Schierberl* | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☑ Attorney: Stephanie Ames, Panel, ☐ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☐ Special appearance by: *Ret'd.*
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☑ BAIL FIXED AT $ 5,000,000 — _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☑ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ RELEASE ORDER NO: _____ *returned to residential treatment program*
☑ Other: Govt states dft should appear on 4/28/2020 @ 2pm EST in charging district
  ☑ PSA ☐ USPO          ☐ FINANCIAL          ☑ READY          Deputy Clerk Initials  s/o
                          *Retained counsel*                    : 09

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. ___Hamid Akhavan___ **Case No.** ___20MJ01383___

☒ Defendant ☐ Material Witness

Violation of Title and Section: ___18 USC 1349___

☐ Summons ☐ Out of District ☒ **UNDER SEAL** ☐ Modified Date: _____

---

*Check only one of the five numbered boxes below (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance *(Signature Only)*

2. ☐ Unsecured Appearance Bond
   $ _____

3. ☒ Appearance Bond
   $ ___5,000,000___
   (a). ☒ Cash Deposit *(Amount or %) (Form CR-7)*
   ___250,000___
   (b). ☒ Affidavit of Surety Without Justification *(Form CR-4)* Signed by:
   ___Mahmoud Akhavan___
   ___Antonia Akhavan___
   ___Mehry Nejad___
   ___5,000,000___
   ___joint + severable___

(c). ☒ Affidavit of Surety With Justification *(Form CR-3)* Signed by:
   ___2,000,000___

☒ With Full Deeding of Property:
   ___2002 Subida Terrace___
   ___Carlsbad Ca 92009___
   ___7619 Romeria Avenue___
   ___Carlsbad Ca 92009___
   ___3112 Azahar Street___
   ___Carlsbad Ca 92009___

4. ☐ Collateral Bond in the Amount of *(Cash or Negotiable Securities)*:
   $ _____

5. ☐ Corporate Surety Bond in the Amount of:
   $ _____

Release No. ___38147___

☐ **Release to Pretrial ONLY**
☐ **Release to Probation ONLY**
☒ **Forthwith Release**

☒ All Conditions of Bond *(Except Clearing-Warrants Condition)* Must be Met and Posted by:
   ___4/28/2020___

☐ Third-Party Custody Affidavit *(Form CR-31)*

☒ Bail Fixed by Court:
   ___JEM___ / ___s/o___
   *(Judge / Clerk's Initials)*

---

## PRECONDITIONS TO RELEASE

☐ The government has requested a Nebbia hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a Nebbia hearing under § 3142 (g)(4).

☐ The Nebbia hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to: ☒ Pretrial Services Agency (PSA) supervision as directed by PSA; ☐ Probation (USPO) supervision as directed by USPO.
   *(The agency indicated above, PSA or USPO, will be referred to below as "Supervising Agency.")*

☒ Surrender all passports and travel documents to Supervising Agency no later than _____ , sign a Declaration re Passport and Other Travel Documents *(Form CR-37)*, and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to ___CDCal, SDNY, EDNY___ *and points in between to travel to and from court/lawyer* unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

☒ Maintain or actively seek employment and provide proof to Supervising Agency. ☒ Employment to be approved by Supervising Agency.

☐ Maintain or begin an educational program and provide proof to Supervising Agency.

Defendant's Initials: ___H.A___ Date: ___3/27/2020___

**Case Name:** United States of America v. _____ **Case No.** _____

☐ Defendant ☐ Material Witness

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except _____.

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may contact the following codefendants without your counsel present: _____

☒ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☒ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not use or possess any identification, mail matter, access device, or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not engage in telemarketing.

☒ Do not sell, transfer, or give away any asset valued at $ _1,000_ or more without notifying and obtaining permission from the Court, except _____.

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.

☐ Participate in the electronic remote alcohol monitoring program as directed by Supervising Agency and abide by all the rules and requirements of the program. You must pay all or part of the costs for treatment based upon your ability to pay as determined by Supervising Agency.

☒ Do not use or possess illegal drugs or state-authorized marijuana. ☒ In order to determine compliance, you agree to submit to a search of your person and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☒ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☒ Submit to: ☒ drug and/or ☐ alcohol testing. If directed to do so, participate in outpatient treatment approved by Supervising Agency. You must pay all or part of the costs for testing and treatment based upon your ability to pay as determined by Supervising Agency.

☒ Participate in residential ☒ drug and/or ☐ alcohol treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to PSA only** ☐ **Release to USPO only**

☐ Submit to a mental health evaluation. If directed to do so, participate in mental health counseling and/or treatment approved by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

☒ Participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of Supervising Agency, which ☒ **will** or ☐ **will not** include a location monitoring bracelet. You must pay all or part of the costs of the program based upon your ability to pay as determined by Supervising Agency. You must be financially responsible for any lost or damaged equipment.

    ☐ Location monitoring only - no residential restrictions;

-or-

    ☐ You are restricted to your residence every day:

        ☐ from _____ ☐ a.m. ☐ p.m. to _____ ☐ a.m. ☐ p.m.

        ☐ as directed by Supervising Agency;

-or-

Defendant's Initials: _H. A_    Date: _3/27/2020_

**Case Name:** United States of America v. _____   **Case No.** _____

☐ Defendant   ☐ Material Witness

☒ You are restricted to your residence at all times except for medical needs or treatment, attorney visits, court appearances, and
_____ , all of which must be preapproved by Supervising Agency;

☐ **Release to PSA only**   ☐ **Release to USPO only**

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days
of release from custody.

☐ Do not possess or have access to, in the home, the workplace, or any other location, any device that offers internet access except
as approved by Supervising Agency.   ☐ In order to determine compliance, you agree to submit to a search of your person
and/or property by Supervising Agency in conjunction with the U.S. Marshal.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person who is less than
the age of 18 except in the presence of a parent or legal guardian of the minor.

☐ Do not loiter or be found within 100 feet of any schoolyard, park, playground, arcade, or other place primarily used by children
under the age of 18.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare
facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica.   ☐ In order to determine compliance, you agree to submit to a search
of your person and/or property, including computer hardware and software, by Supervising Agency in conjunction with the U.S.
Marshal.

☒ Other conditions:
_Residence at inpatient treatment facility for
time determined by inpatient program followed by
immediate home incarceration upon release from
the inpatient treatment facility_

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as
may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other
United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or
direction in connection with such judgment as the Court may prescribe.

I will immediately inform my counsel of any change in my contact information, including my residence address and telephone number,
so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not
tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be
subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: _N.A_   Date: _3/27/2020_

Case Name: United States of America v. _____   Case No. _____

☐ Defendant   ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

3-27-2020
_____
*Date*

_____
*Signature of Defendant / Material Witness*

310-779-5295
_____
*Telephone Number*

Los Angeles
_____
*City and State (DO NOT INCLUDE ZIP CODE)*

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____
*Interpreter's Signature*

_____
*Date*

Approved: _____
    *United States District Judge / Magistrate Judge*

_____
*Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: AA   Date: 3/27/2020

# EXHIBIT B

# BERNADINE FRIED, M.F.T

### MARRIAGE FAMILY THERAPIST

329 NORTH WETHERLY DRIVE #207
BEVERLY HILLS, CALIFORNIA 90211
OFFICE: (323) 656-7769
LICENSE: LMFT 31210

September 2, 2020

The Honorable Jed R. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

 Re:  Patient Hamid "Ray" Akhavan

Dear Judge Rakoff:

I write this letter to you on behalf of my patient, Ray Akhavan.  I began daily hour-long phone sessions with Mr. Akhavan on Saturday, August 29, 2020.  The purpose of our sessions is to develop a continuing recovery plan for his self-reported poly-substance dependence.

I am a licensed Marriage and Family Therapist (LMFT) with a private practice dedicated to treating addiction, trauma, and other related issues.  I am also the Clinical Director of the Red Door Treatment Center, which uses evidence-based methods for recovery from drug and alcohol addiction.

I am assembling a multidisciplinary team of professionals to work with Mr. Akhavan and putting together an extensive continued recovery plan for Mr. Akhavan, that would include the following:

1.  I will provide daily individual sessions to work on impulse control and distress tolerance skills.

# BERNADINE FRIED, M.F.T

*MARRIAGE FAMILY THERAPIST*

329 NORTH WETHERLY DRIVE #207
BEVERLY HILLS, CALIFORNIA 90211
OFFICE: (323) 656-7769
LICENSE:  LMFT 31210

2. I will teach Mr. Akhavan recovery skills using mindful meditation, Cognitive Behavioral Therapy ("CBT"), and Dialectic Behavioral Therapy for Substance Use Disorders ("DBTs").

3. I will be using an effective therapeutic technique named "Eye Movement Desensitization Reprocessing ("EMDR") to address his complex post-traumatic stress disorder and emotional and physical abuse in his childhood.

4. Our family therapist will provide weekly family therapy sessions with Mr. AKhavan's children and ex-wife.

5. Mr. Akhavan will attend one and a half hour Intensive Outpatient Therapy sessions three times a week on healthy relationships, addiction, and life skills.

6. Our team members currently conduct supervised urine tests, send the samples to Millennium Health in San Diego, California, analyze the tests, and provide the results to the Court when requested.

7. Mr. Akhavan will continue to attend virtual Narcotics Anonymous and Alcoholics Anonymous classes, which will help him have a sober support system.

8. Mr. Akhavan will continue to have the support of a sober living coach who resides with Mr. Akhavan.  The Red Door Life's sober coach provides containment and monitoring to help him maintain his recovery.

Mr. Akhavan is self-motivated and compliant in all of the recovery plans thus far. I believe he is dedicated and committed to his recovery.  Remanding Mr. Akhavan to custody at this time would be a massive interruption to the recovery plan I've developed.  He would be unable to participate in family therapy sessions and receive treatment for his Complex Posttraumatic Stress Disorder.

I have 25 years of experience working in addiction treatment; the treatment services provided while in custody pale compared to the extensive individual, group, and family sessions, and other support that Mr. Akhavan requires for his treatment.

# BERNADINE FRIED, M.F.T

*MARRIAGE FAMILY THERAPIST*

329 NORTH WETHERLY DRIVE #207
BEVERLY HILLS, CALIFORNIA 90211
OFFICE: (323) 656-7769
LICENSE: LMFT 31210

If you need further information, I can be reached on my mobile phone at
213.880.7773.

Sincerely,

Bernadine Fried, LMFT