UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
     v.                              :     20-cr-188-2 (JSR)
                                     :
HAMID AKHAVAN,                       :
                                     :
          Defendant.                 :     ORDER
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

As to defendant Hamid Akhavan, the Clerk of Court is hereby directed to receive the moneys paid in the Central District of California into the Court's registry until further Order of the Court.

SO ORDERED.

Dated:  New York, NY

        December 23, 2020

_____
United States District Judge

-1-