March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

HAMID "RAY" AKHAVAN,

          Defendant(s).

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20 -CR- 188 (__) (__)

Defendant __HAMID "RAY" AKHAVAN,__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

_X_    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

Christopher Tayback
(On behalf of Mr. Akhavan)
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Hamid Akhavan
Print Defendant's Name

*Christopher Tayback* (signature)
_____
Defense Counsel's Signature

Christopher Tayback
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

*Kevin Nathaniel Fox* (signature)

1/7/21
Date

_____
U.S. Magistrate Judge