UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    -against-<br><br>HAMID AKHAVAN,<br><br>            Defendant. | 20-CR-00188 (JSR) |

### NOTICE OF FILING OF LETTER REQUESTING PRETRIAL RELEASE

PLEASE TAKE NOTICE that the attached is a letter to Hon. Jed R. Rakoff from Christopher Tayback dated February 5, 2021 for Pretrial Release.

DATED:    February 5, 2021

                                        QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                        By: _/s/ Christopher Tayback_____

                                        865 South Figueroa Street, 10th Floor
                                        Los Angeles, California 90017-2543
                                        (213) 443-3000

                                        Attorneys for Defendant,
                                        Hamid Akhavan