UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>HAMID "RAY" AKHAVAN, and<br>RUBEN WEIGAND<br><br>Defendants. | No. 20-CR-188 (JSR)<br><br>ORDER PERMITTING ENTRY INTO THE COURTHOUSE |

**IT IS HEREBY ORDERED** that Defendant Akhavan is permitted to enter the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for any pretrial hearings and to attend trial in the above captioned case, notwithstanding his recent release from a federal detention facility, and provided that Mr. Akhavan complies fully with the conditions outlined in the Court's memorandum order of February 12, 2021 in the above-captioned case, including that he obtain an approved SARS-CoV-2 test on the fifth day, after quarantining for four days. ECF No. 150, at 9–11.

This order permits Mr. Akhavan to enter the courthouse as a specific exception to Chief Judge McMahon's Second Amended Standing Order, which otherwise prohibits entry by "[p]ersons who have been released from a federal . . . prison or other correctional institution within the last 14 days . . . " 21-mc-164 (CM), ECF No. 3, at 2. This order is entered so that Mr. Akhavan may appear at his trial and any related proceedings at which he has a right to be present.

SO ORDERED.

Dated: February 22, 2021

_____
United States District Judge

1