UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RUBEN WEIGAND and
HAMID "RAY" AKHAVAN,

Defendants.

20-CR-188-JSR

[PROPOSED] ORDER

Upon the application of the defendant, Hamid "Ray" Akhavan (Register No. 79407-112), by and through his attorneys, the Court hereby orders the Metropolitan Correctional Center ("MCC") in New York, New York, to accept clothing for the defendant to use during the pendency of his trial. The Court now orders the MCC to accept up to five sets of clothing, including, but not limited to, five undershirts, five pair socks, two pairs of shoes, five dress shirts, five pairs of suit pants, five suit jackets, five ties, two belts, and five sweaters, and to permit such clothing to be made available to the defendant prior to each court date in this case.[1] In addition, the Court shall permit the defendant to change into business attire daily at the Court prior to each appearance and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MCC.

SO ORDERED.

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

Dated:   February 26, 2021
         New York, New York
         10:10 a.m.

---

[1] Defense counsel will coordinate with the appropriate personnel at the MCC to retrieve, clean, and return clothes as necessary for the duration of the trial.