## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMID AKHAVAN and RUBEN WEIGAND | Crim. Action No. 1:20-cr-00188<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Joint Motion to Quash Defendant Hamid Akhavan's Trial Subpoenas and in the Alternative to Allow Testifmony by Video, dated February 25, 2021, and the exhibits annexed thereto, non-parties Bank of America, N.A., Michael Farrell, and Rosemary Stack will move this Court, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Bank of America, N.A., Mr. Farrell, and Ms. Stack's joint motion to quash Defendant Hamid Akhavan's subpoenas to testify or, in the alternative, to modify the subpoenas to allow for live video testimony.

PLEASE TAKE FURTHER NOTICE THAT that any opposition to this Motion shall be served and filed by February 26, 2021 in accordance with the February 24, 2021 teleconference among the Court, movants, and Defendant Hamid Akhavan.

PLEASE TAKE FURTHER NOTICE THAT that any reply in further support of this motion shall be served and filed by February 28, 2021 in accordance with the February 24, 2021 teleconference among the Court, movants, and Defendant Hamid Akhavan.

Dated: February 25, 2021

Respectfully submitted,

 /s/ Justin Goodyear
Justin Goodyear
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Tel:  (212) 230-8800
Fax:  (212) 230-8888
Justin.Goodyear@wilmerhale.com

Michael J. Leotta
Brian C. Smith
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel:  (202) 663-6000
Fax:  (202) 663-6363
Michael.Leotta@wilmerhale.com
Brian.Smith@wilmerhale.com

*Attorneys for Non-Parties Bank of America, N.A., Michael Farrell, and Rosemary Stack*