UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

──────────────────────────────── x

UNITED STATES OF AMERICA,

v.

HAMID AKHAVAN AND RUBEN WEIGAND,

Defendants.

──────────────────────────────── x

No. 20 Cr. 00188 (JSR)

[~~PROPOSED~~] ORDER

JED S. RAKOFF, United States District Judge:

WHEREAS, on February 26, 2021, the Court held a telephonic conference in the above-captioned matter, during which counsel for Capital One (USA), N.A., a third-party subpoenaed by Defendant Hamid Akhavan to testify in the above-captioned case, made an application for its witness to testify by live two-way video from a federal courthouse in the Eastern District of Virginia; and WHEREAS, the witness demonstrated good cause; and

WHEREAS, there was no opposition from any party to Capital One's request;

IT IS HEREBY ORDERED that the Court will permit the witness from Capital One to testify via live two-way video from the Eastern District of Virginia, on the condition that the Court will not take responsibility for setting up the technology, and it will be incumbent on ~~the parties~~ Capital One (USA) N.A. to ensure that the necessary arrangements are made.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 2, 2021