UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

RUBEN WEIGAND and
HAMID "RAY" AKHAVAN,

Defendants.

20-CR-188-JSR

[~~PROPOSED~~] ORDER

---

Upon the application of the defendant, Hamid "Ray" Akhavan (Register No. 79407-112), by and through his attorneys, the Court hereby orders the Metropolitan Correctional Center ("MCC") in New York, New York, to permit Mr. Akhavan to meet with his attorneys, including Christopher Tayback, William Burck, and/or Sara Clark on Monday, March 8, 2021, and Tuesday March 9, 2021, from 4:30 PM to 9:00 PM, in order for Mr. Akhavan to prepare for and assist in his defense.

SO ORDERED.

Dated:   March 7, 2021
         New York, New York

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE