```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA             :
                                     :
                                     :   20-cr-188 (JSR)
             -v-                     :
                                     :   ORDER
HAMID AKHAVAN & RUBEN WEIGAND,       :
                                     :
        Defendants.                  :
                                     :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is a letter from Matthew Russell Lee, a reporter for Inner City Press, requesting access to trial exhibits and the sealed, unredacted version of a letter from the Government to the Court. Upon due consideration, the request is granted. The Court hereby orders:

1. The Government must file an unredacted version of ECF No. 224 on the docket by 11:59 p.m. today.

2. When an exhibit is received into evidence at trial in this action, the offering party must make the document accessible to the public and the press by no later than 11:59 p.m. the following day.[1] If the version of the document received into evidence contains redactions, then the version made accessible to the public shall contain the same redactions.

---

[1] The offering party may do this by any reasonable means, e.g., by posting the exhibits on a publicly accessible website for a reasonable duration.

1

3. Before making an exhibit accessible to the public, the offering party must confer with the other parties regarding any further redactions the parties would like to make, beyond those redactions contained in the version received in evidence. Such further redactions should be clearly distinguishable from the redactions present on the version received in evidence, and the basis for each such further redaction should be stated on the face of the document (e.g., "PII" for "sensitive personally identifying information").

4. All exhibits already in evidence must be made accessible to the public in accordance with the procedure stated immediately above by no later than 11:59 p.m. tomorrow.

The Court will issue an opinion explaining the reasons for this ruling in due course.

SO ORDERED.

Dated: New York, NY
March 15, 2021

JED S. RAKOFF, U.S.D.J.