UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA, :
:
: CASE NO. 20 -CR-188
v. :
: [PROPOSED] ORDER
HAMID AKHAVAN, : **EXONERATING BOND**
a/k/a "Ray Akhavan", :
:
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JED S. RAKOFF, United States District Judge:

IT IS HEREBY ORDERED, upon application by counsel for Defendant Hamid "Ray" Akhavan, that the Defendant's appearance bond entered in this matter on March 27, 2020 is hereby exonerated.

SO ORDERED.

DATED: _____3/16_____, 2021  By: _____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE