# Arnold & Porter

Marcus A. Asner
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

March 17, 2021

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street, Room 1340
New York, New York 10007

      Re:    *United States v. Akhavan et uno*, 20-cr-0188 (JSR)

Dear Judge Rakoff:

    I represent Martin Elliott in the above-referenced matter. I am writing at the direction of Your Honor's law clerk, James Mandilk, regarding the video testimony of Mr. Elliott. We understand from Mr. Mandilk that, to the extent any video, image, or audio is captured incidentally in the process of effectuating the video testimony, anyone who captures such video, image, or audio must destroy it immediately following Mr. Elliott's testimony.

    Following on Martin Elliott's video testimony of today, we have confirmed with all involved that there are no video, image, or audio copies of Mr. Elliott's testimony. Accordingly, I am writing to confirm that, to my knowledge, there are no video, audio, or photographic records of the proceeding.

                Respectfully,

                */s/ Marcus A. Asner*
                Marcus A. Asner

Arnold & Porter Kaye Scholer LLP
250 West 55th Street  |  New York, NY 10019-9710  |  www.arnoldporter.com