UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................x
UNITED STATES OF AMERICA

    -v-                                                        20-cr-188 (JSR)

HAMID ("RAY") AKHAVAN AND RUBEN WEIGAND,

    Defendants.
...................................................................x

## I. HAMID ("RAY") AKHAVAN

On the charge of conspiracy to commit federal bank fraud, we the jury find Hamid ("Ray") Akhavan:

    Guilty __✓__      Not Guilty _____

## II. RUBEN WEIGAND

On the charge of conspiracy to commit federal bank fraud, we the jury find Ruben Weigand:

    Guilty __✓__      Not Guilty _____

H. Todd Freeman
_____
FOREPERSON

Date: __3-24-21__