# EXHIBIT B



DEFENDANT
EXHIBIT

HAX - 5014

S3 20 Cr. 188 (JSR)



# Cannabis and Hemp Products

Martin Elliott, Vice President, Franchise Risk Management

Highly Confidential

VISA008253

## Key Terms: What are we talking about?





| Cannabis & Marijuana |  THC & CBD | Industrial Hemp |

- Cannabis is a family of plants.
- Hemp and marijuana are two different varieties within that family.
- Marijuana—also called weed, herb, pot, grass, bud, ganja, Mary Jane, and a vast number of other slang terms—is a greenish-gray mixture of the dried flowers of cannabis sativa

- THC the psychoactive chemical in marijuana, responsible for most of the intoxicating effects
- CBD is found in the cannabis sativa plant and may be derived from both marijuana and hemp. CBD is not psychoactive.

- Industrial hemp is the term given to the stalk, seeds, oil, and leaves of the cannabis sativa plant.
- Legally, hemp may not contain more than 0.3 percent THC on a dry weight basis.

**Highly Confidential**

VISA008254

## Marijuana Sales in the U.S.*

- Marijuana generated $12.2 billion in global sales in 2018.
- U.S. spending on licensed recreational marijuana will surpass an estimated $7.3 billion in 2019.
  - California is expected to generate $3.1 billion in 2019 revenue.
  - Colorado and Washington are forecast to hit more than $1 billion in recreational marijuana sales this year.
  - Nevada is projected to have the highest per-capita spending on recreational marijuana of any U.S. state by 2024.





U.S. Marijuana Market: The Grass Is Getting Greener
Projected growth of U.S. recreational and medical marijuana sales (billion U.S. dollars)

Source: The Cannabis Industry Annual Report

Source: *Arcview Market Research and BDS Analytics ("State of the Legal Cannabis Markets")

| 2019 Risk Executive Council                        Visa Confidential

**Highly Confidential**

VISA008257