Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,PASPRT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-01383-DUTY All Defendants

| | |
|---|---|
| Case title: USA v. Akhavan | Date Filed: 03/27/2020 |
| Other court case number: 20CR188 Southern District of New York | Date Terminated: 04/01/2020 |

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Hamid Akhavan**  
*TERMINATED: 04/01/2020*

represented by **Stephanie Ames**  
Law Offices of Stephanie Ames  
12121 Wilshire Boulevard Suite 525  
Los Angeles, CA 90025  
310-739-5952  
Fax: 310-881-1289  
Email: stephanieames@msn.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Assistant 2241-2255 US Attorney LA-CR**<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2020 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Hamid Akhavan, originating in the Southern District of New York. Defendant charged in violation of: 18:1349. Signed by agent Elias Guerrero, FBI, Special Agent. (mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Hamid Akhavan; defendants Year of Birth: 1978; date of arrest: 3/27/2020 (mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 3 | SEALED Defendant Hamid Akhavan arrested on warrant issued by the USDC Southern District of New York at New York. (Attachments: # 1 Charging Documents)(mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 4 | WAIVER OF RIGHTS approved by Magistrate Judge John E. McDermott as to Defendant Hamid Akhavan. (mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge John E. McDermott as to Defendant Hamid Akhavan Defendant arraigned and states true name is as charged. Attorney: Stephanie Ames for Hamid Akhavan, Retained, present. Court orders bail set as: Hamid Akhavan (1) $5,000,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal, returned to residential treatment program. Government states defendant should appear on 4/28/20 at 2;00pm in charging district. Court Smart: CS 3/27/20. (mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Hamid Akhavan. (mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 7 | AFFIDAVIT RE APPEARANCE BOND (CASH SECURITY) filed by the attorney or authorized agent of the owner of the cash security as to Defendant Hamid Akhavan. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 04/01/2020) |
| 03/27/2020 | 8 | |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Hamid Akhavan. USA passport was received on 3/27/20. (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                                                                                                         |
| 03/27/2020 | 9  | DECLARATION RE: PASSPORT filed by Defendant Hamid Akhavan, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 04/01/2020)                                                         |
| 03/27/2020 | 10 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $$5,000,000 by surety: Mahmoud Seyed Akhavan for Filed by Defendant Hamid Akhavan (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                             |
| 03/27/2020 | 11 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $$5,000,000 by surety: Antonia Josepha Damore Akhavan for Filed by Defendant Hamid Akhavan (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                    |
| 03/27/2020 | 12 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $$5,000,000 by surety: Mehry Sadighi Nejad for Filed by Defendant Hamid Akhavan (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                               |
| 03/27/2020 | 13 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Hamid Akhavan re: Affidavit of Surety (No Justification)(CR-4) 10 (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                                                                               |
| 03/27/2020 | 14 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Hamid Akhavan re: Affidavit of Surety (No Justification)(CR-4) 11 (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                                                                               |
| 03/27/2020 | 15 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Hamid Akhavan re: Affidavit of Surety (No Justification)(CR-4) 12 (mhe) (Entered: 04/01/2020)                                                                                                                                                                                                                                                                                                                               |
| 04/01/2020 |    | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Hamid Akhavan. Your case number is: 20CR188. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 5 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40),,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 04/01/2020) |
| 04/14/2020 | 16 | BOND REMARK: Out of District Order issued by Magistrate Judge Ona T Wang of the Southern District of New York Unsealing case. (mhe) (Entered: 04/14/2020)                                                                                                                                                                                                                                                                                                                                               |
| 04/14/2020 | 17 | EX PARTE APPLICATION to Modify Conditions of Release Filed by Defendant Hamid Akhavan. (Attachments: # 1 Proposed Order) (Ames, Stephanie) (Entered: 04/14/2020)                                                                                                                                                                                                                                                                                                                                        |

| | | |
|---|---|---|
| 04/30/2020 | 18 | ORDER by Magistrate Judge John E. McDermott: granting 17 EX PARTE APPLICATION to Modify Conditions of Release as to Defendant Hamid Akhavan (1) $5,000,000 Appearance Bond as to Hamid Akhavan (1) Bond is being addressed in originating district. (mhe) (Entered: 05/04/2020) |
| 04/30/2020 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Hamid Akhavan. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 18 Order on Motion to Modify Conditions of Release,. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 05/04/2020) |
| 05/04/2020 | 19 | BOND REMARK: Original Short Form Deed of Trust filed by Mahmoud Seyed Akhavan located at Carlsbad, CA 92009 as reflected on instrument number 2020-0204703 naming the Clerk of Court as Beneficiary therein on the property re defendant Hamid Akhavan. (mhe) (Entered: 12/03/2020) |
| 05/04/2020 | 20 | BOND REMARK: Original Short Form Deed of Trust filed by Mahmoud Seyed Akhavan located at Carlsbad, CA 92009 as reflected on instrument number 2020-0204705 naming the Clerk of Court as Beneficiary therein on the property re defendant Hamid Akhavan. (mhe) (Entered: 12/03/2020) |
| 05/04/2020 | 21 | BOND REMARK: Original Short Form Deed of Trust filed by Mehry Sadighinejad located at Carlsbad, CA 92009 as reflected on instrument number 2020-0204704 naming the Clerk of Court as Beneficiary therein on the property re defendant Hamid Akhavan. (mhe) (Entered: 12/03/2020) |
| 07/13/2020 | 22 | BOND REMARK: Original Short Form Deed of Trust filed by Mahmoud Seyed Akhavan located at Carlsbad, CA 92009 as reflected on instrument number 2020-0346418 naming the Clerk of Court as Beneficiary therein on the property re defendant Hamid Akhavan. (mhe) (Entered: 12/03/2020) |
| 07/13/2020 | 23 | BOND REMARK: Original Short Form Deed of Trust filed by Mehry Sadighinejad located at Carlsbad, CA 92009 as reflected on instrument number 2020-0346417 naming the Clerk of Court as Beneficiary therein on the property re defendant Hamid Akhavan. (mhe) (Entered: 12/03/2020) |
| 03/22/2021 | 24 | Out of District Exonerating Bond issued by Southern District of New York District Judge Jed S Rakoff as to Defendant Hamid Akhavan (mhe) (Entered: 03/22/2021) |
| 06/01/2021 | | BOND REMARK: Property Reconveyance Packet forwarded to the Department of Financial Services re defendant Hamid Akhavan and instrument number 2020-0204703, 2020-0204705, 2020-0204704, 2020-0346418 and 2020-0346417. (mat) (Entered: 06/01/2021) |
| 06/03/2021 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Hamid Akhavan. Your case number is: 20CR188. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: Bond Remark. If you require certified copies of any documents, |

| | | please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov. (mat) (Entered: 06/03/2021) |