# Exhibit 3



موسسه خیریه یاوران ایتام
(شماره ثبت: ۱۵۹۱۳)

تاریخ: ..................
شماره: ..................
پیوست: ..................

To Whom It May Concern:

I am writing in strong support of the character of Hamid Reza Seyed Akhavan, as he has been a major donor to the efforts of our orphanage in Iran.

Our orphanage is located in city of Teheran, Iran and supports 1,607 of children. Hamid's paternal aunt, Farnaz Noohi, is one of the people who fundraises on our behalf in the United States.

Since 2012, hamid has matched her other fundraising efforts, thereby doubling the funds available to the children. In this way, hamid has contributed significant amounts of money as we fundraise in preparation for the Persian New Year.

With this contributions, we have been able to feed, shelter, clothing, presents and provide schooling for the children from kindergarten all the way to the university.

Many Iranians emigrated to the United States during the late 1970s and early 1980s due to political and civil unrest in our country. We have enduring gratitude for those former citizens that still remember and give aid to their country of origin.

Our orphanage at present serving:

| | |
|---|---|
| Pre Elementary | 5 |
| Elementary | 731 |
| High School | 578 |
| College | 12 |
| University | 46 |
| Total number | 1607 |

Consisting of 228 infants

| | |
|---|---|
| Girls | 769 |
| Boys | 838 |

For more information about our organization and what we do, please see WWW.yavaran.org.

Many thanks,

Director

Mehri Noohi



تهران، خیابان ولیعصر(عج)، ابتدای شهیدمطهری ( هتل بزرگ تهران)
کوچه‌ی منصور، پلاک ۸۷، طبقه دوم - کدپستی: ۱۵۹۵۷۴۸۴۱۳
تلفن: ۸۸۱۰۶۱۹۰ - ۸۸۱۰۲۹۰۹    فاکس: ۸۸۱۰۲۱۷۸
آدرس سایت: www.yavaran.org    پست الکترونیک: info@yavaran.org