# Exhibit 4



For The Unseen  
17702 Mitchell North, Suite 101  
Irvine, CA 92614  
Email: puneh@fortheunseen.org

To Whom It May Concern,

    I was very, very fortunate to meet Ray Akhavan in the fall of 2015. We had an in-person meeting discussing the humanitarian work I was doing with For The Unseen; the immediate aid trips abroad and more specifically Birds of Hope school that offered an education to Syrian refugee children in Tripoli, Lebanon. At the time of our initial meeting, we were having great difficulty scaling as I was working a few side jobs in order to continue doing the humanitarian work I loved so much. Every penny we would fundraise would go directly to the projects on the ground.

    Ray being an incredible businessman and having a kind, giving character that felt obliged to assist those in need offered a restricted donation for my income so that I could spend all of my energy doing the work that meant the most to me. As a result of his monthly contributions, our main project, Birds of Hope was able to not only continue but expand over the last several years. We started with approximately 350 children and now we are running out of two different school properties and have about 2,000 children we are offering an education to on a day-to-day basis. This school has made such a safe haven and had a huge impact for both the children attending as well as providing work/jobs to the teachers and staff. In addition, the families of these children have begun to feel hopeful for their future which is still unknown as they continue to seek refuge in a foreign country.

    Not only did he make monthly donations, he also advised me on a variety of projects and made professional suggestions that really allowed For The Unseen to grow. Having his support professionally made a tremendous difference and I'm so thankful for our first initial meeting.

Warmest Regards,

*[signature]*

Puneh Ala'i  
Executive Director

www.fortheunseen.org