```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA       :
                               :
                               :   20-cr-188 (JSR)
           -v-                 :
                               :   ORDER
HAMID AKHAVAN & RUBEN WEIGAND, :
                               :
      Defendants.              :
                               :
------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defendants' motions for judgment of acquittal or, in the alternative, for a new trial, ECF Nos. 259 & 300, are denied. The Court will issue an opinion setting forth the reasons for this ruling by July 2, 2021.

Dated:   New York, NY  
        June 18, 2021

                                    _____  
                                    JED S. RAKOFF, U.S.D.J.