UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 20-CR-188 |
| HAMID AKHAVAN, | : | [~~PROPOSED~~] ORDER RELEASING |
| aka "Ray Akhavan" Defendant. | : | PROPERTY |

Jed S. Rakoff, United States District Judge

IT IS HEREBY ORDERED that the property bond secured by Deed of Trust are exonerated. The Deed of Trust is secured by three real properties:

1. 2002 Subida Terrace, Carlsbad, California 92009 owned by Mehry Sadighinejad. A Short Form Deed of Trust and Assignment of Rents was recorded with the San Diego County Recorder's Office in the State of California on April 22, 2020, Document No. 2020-0204704. A second deed was recorded on July 1, 2020, Document No. 2020-0346417 to change the Trustor's obligation amount. Attached as Exhibit A to this order is a copy of the recorded deeds.

2. 7619 Romeria Avenue, Carlsbad, California 92009 owned by Mahmoud Seyed Akhavan. A Short Form Deed of Trust and Assignment of Rents was recorded with the San Diego County Recorder's Office in the State of California on April 22, 2020, Document No. 2020-0204703. A second deed was recorded on July 1, 2020, Document No. 2020-0346418 to change the Trustor's obligation amount and to correct the common address. Attached as Exhibit B to this order is a copy of the recorded deeds.

3. 3112 Azahar Street, Carlsbad, California 92009 owned by Mahmoud Seyed Akhavan. A Short Form Deed of Trust and Assignment of Rents was recorded with the San Diego County

Recorder's Office in the State of California on April 22, 2020, Document No. 2020-0204705. Attached as Exhibit C to his order is a copy of the recorded deed.

IT IS FURTHER ORDERED that the Government release its interest in said real properties and reconvey the interest part to the above-mentioned property owners.

Dated: 7/2/21

JED S. RAKOFF
United States District Judge