Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 29 2021

Caption:

United States v.

Hamid R. Akhavan

Docket No.: 20-cr-0188
(Jed S. Rakoff)
(District Court Judge)

Notice is hereby given that **Hamid Akhavan** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other |_____| (specify) entered in this action on **3/26/2021 and 6/18/2021**.
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |✓|  Other |___|

Defendant found guilty by plea |___|  | trial |✓|  N/A |___|

Offense occurred after November 1, 1987? Yes |✓|  No |___|  N/A |___|

Date of sentence: **June 18, 2021**   N/A |___|

Bail/Jail Disposition: Committed |✓|  Not committed |___|  N/A |___|

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | William Burck, Christopher Tayback, Ira Rothken, Jared Smith |
| Counsel's Address: | 865 S Figueroa St 10th Floor |
| | Los Angeles, CA 90017 |
| Counsel's Phone: | 213-443-3170 |
| Assistant U.S. Attorney: | Tara LaMorte, Nicholas Folly, Emily Deininger |
| AUSA's Address: | One Saint Andrews Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | (212) 637-1041 |

Signature

#465401281978  $505.00  6/29/2021  BW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>HAMID AKHAVAN,<br><br>Defendant. | No. 20-cr-0188 (JSR) |

## NOTICE OF APPEAL BY DEFENDANT HAMID AKHAVAN

Pursuant to Federal Rules of Appellate Procedure 3 and 4(b)(1)(A)(i), Defendant Hamid Akhavan appeals his conviction, sentence and order of forfeiture in the United States District Court for the Southern District of New York. The defendant was convicted by a jury on March 24, 2021, and the verdict was entered on the docket on March 26, 2021 (ECF 247). On June 18, 2021, the Court denied Mr. Akhavan's motions for acquittal or, in the alternative, for a new trial (ECF 321). The sentence and forfeiture was imposed orally on June 18, 2021.[1] Appeal is taken to the United States Court of Appeals for the Second Circuit.

June 28, 2021                                          Respectfully submitted,

ROTHKEN LAW FIRM                       QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Ira Rothken*                                      */s/ William A. Burck*
Ira Rothken                                            William A. Burck
Jared Smith                                            Derek L. Shaffer
3 Hamilton Landing                                     Brian McGrail
Suite 280                                              1300 I St. NW #900
Novato, CA 94949                                       Washington, DC 20005
Telephone: (415) 92404250                              Telephone: (202) 538-8000
Email: ira@techfirm.net                                Fax: (202) 538-8100
Email: jared@techfirm.net                              Email: williamburck@quinnemanuel.com
                                                       Email: derekshaffer@quinnemauel.com
                                                       Email: brianmcgrail@quinnemanuel.com

---

[1] Judgment has not been entered on the docket as of the date of this notice.

1

Christopher Tayback
Mari Henderson
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: christayback@quinnemanuel.com
Email: marihenderson@quinnemanuel.com

Sara C. Clark
711 Louisiana St., Ste. 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: saraclark@quinnemanuel.com

```
Court Name: District Court
Division: 1
Receipt Number: 465401281978
Cashier ID: Bwilliam
Transaction Date: 06/29/2021
Payer Name: HAMID R AKHAVAN
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: HAMID R AKHAVAN
 Amount:         $505.00
-----------------------------------
CHECK
 Check/Money Order Num: 16876
 Amt Tendered:   $505.00
-----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

20CR188-2
```