```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
                                    :   20-cr-188 (JSR)
           -v-                      :
                                    :   ORDER
HAMID AKHAVAN,                      :
                                    :
           Defendant.               :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defendant's motion to stay the forfeiture order pending appeal or to reconsider the forfeiture order at an evidentiary hearing is granted in part, insofar as the Court will hold an evidentiary hearing at 10:00 a.m. on August 12, 2021.

Dated:   New York, NY
         July 8, 2021

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

1