Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2021

Caption:
United States _____ v.

Hamid R. Akhavan

Docket No.: 20-cr-0188

_____
(District Court Judge)

Notice is hereby given that Hamid R. Akhavan appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on September 2, 2021.
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |✓|  Other |___|

Defendant found guilty by plea |___|   | trial |✓|  | N/A |

Offense occurred after November 1, 1987?   Yes |✓|   No |   |   N/A |

Date of sentence: 9/2/2021 _____ N/A |___|

Bail/Jail Disposition: Committed |✓|  Not committed |   |   | N/A |

Appellant is represented by counsel?  Yes ✓ | No |    | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | William A. Burck, Christopher Tayback |
| Counsel's Address: | 1300 I Street NW, Suite 900 |
| | Washington, D.C. 20005 |
| Counsel's Phone: | 202-538-8000 |
| Assistant U.S. Attorney: | Tara LaMorte, Nicholas Folly, Emily Deininger |
| AUSA's Address: | One Saint Andrews Plaza |
| | New York, New York |
| AUSA's Phone: | (212) 637-1041 |

Signature

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2021

Caption:
United States v.

Hamid R. Akhavan

Docket No.: 20-cr-0188

Notice is hereby given that Hamid R. Akhavan

Appeals for the Second Circuit from the judgment ✓, other

entered in this action on September 2, 2021
(date)

This appeal concerns: Conviction only |___ Sentence on

Defendant found guilty by plea |___ | trial | ✓ | N/A |

Offense occurred after November 1, 1987? Yes | ✓ |

Date of sentence: 9/2/2021 N/A

Bail/Jail Disposition: Committed | ✓ | Not committed |

```
Court Name: District Court
Division: 1
Receipt Number: 465401285801
Cashier ID: Smcleod
Transaction Date: 09/14/2021
Payer Name: QUINN EMANUEL URQUHART
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
For: QUINN EMANUEL URQUHART
Amount:         $505.00
------------------------------------
CHECK
Check/Money Order Num: 886
Amt Tendered:  $505.00
------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00
```

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | William A. Burck, Christopher Tayback |
| Counsel's Address: | 1300 I Street NW, Suite 900 |
| | Washington, D.C. 20005 |
| Counsel's Phone: | 202-538-8000 |
| Assistant U.S. Attorney: | Tara LaMorte, Nicholas Folly, Emily Deininger |
| AUSA's Address: | One Saint Andrews Plaza |
| | New York, New York |
| AUSA's Phone: | (212) 637-1041 |

Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>HAMID AKHAVAN,<br><br>Defendant. | No. 20-cr-0188 (JSR) |

## NOTICE OF APPEAL BY DEFENDANT HAMID AKHAVAN

Pursuant to Federal Rules of Appellate Procedure 3 and 4(b)(1)(A)(i), Defendant Hamid Akhavan appeals his conviction, sentence and order of forfeiture in the United States District Court for the Southern District of New York. The defendant was convicted by a jury on March 24, 2021, and the verdict was entered on the docket on March 26, 2021 (ECF 247). On June 18, 2021, the Court denied Mr. Akhavan's motions for acquittal or, in the alternative, for a new trial (ECF 321). Final Judgement was entered on the docket on September 2, 2021. Appeal is taken to the United States Court of Appeals for the Second Circuit.[1]

September 14, 2021

Respectfully submitted,

ROTHKEN LAW FIRM

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ Ira Rothken
Ira Rothken
Jared Smith
3 Hamilton Landing
Suite 280
Novato, CA 94949
Telephone: (415) 92404250
Email: ira@techfirm.net

/s/ William A. Burck
William A. Burck
Derek L. Shaffer
1300 I St. NW #900
Washington, DC 20005
Telephone: (202) 538-8000
Fax: (202) 538-8100
Email: williamburck@quinnemanuel.com

---

[1] The entry of Final Judgment followed from additional briefing and hearing regarding Appellant's sentence. Appellant previously filed a notice of appeal in this matter prior to the entry of final judgment in an abundance of caution and to preserve all rights. Appellant intends this to be the superseding operative notice.

Email: jared@techfirm.net

Email: derekshaffer@quinnemauel.com

Christopher Tayback
Mari Henderson
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: christayback@quinnemanuel.com
Email: marihenderson@quinnemanuel.com

Sara C. Clark
711 Louisiana St., Ste. 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: saraclark@quinnemanuel.com