**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 30 2021

Caption:

United States of America v.

Hamid Akhavan, a/k/a "Ray Akhavan"

Docket No.: S3 20 Cr. 188

Honorable Jed S. Rakoff
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)

entered in this action on **September 1, 2021** (date)

This appeal concerns: Conviction only ☐   Sentence only ✓   Conviction & Sentence ☐   Other ☐

Defendant found guilty by plea ☐   | trial ✓   | N/A ☐

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: **June 18, 2021**   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓  | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Christopher Tayback, Quinn Emanuel Urquhart Oliver & Hedges |
| Counsel's Address: | 865 S. Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| Counsel's Phone: | 213-443-3000 |
| Assistant U.S. Attorney: | Tara M. La Morte |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, New York 10007 |
| AUSA's Phone: | 212-637-1041 |

_____
Signature