UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>HAMID AKHAVAN,<br><br>　　　　Defendant. | 20-cr-188-02 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　Pursuant to the decision of the Second Circuit motions panel in United States v. Akhavan, No. 24-590 (Feb. 18, 2025), the amended forfeiture order is vacated, see ECF No. 386; see also Minute Entry 3/13/2024 (discussing amended forfeiture amount).

　　SO ORDERED.

New York, NY
2/20, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.